UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN JOHNSON, )<br>AIS No. 294755, )<br>   )<br>   Plaintiff, )<br>   )<br>v.   )<br>   )<br>ALABAMA BOARD OF PARDONS )<br>and PAROLES MEMBERS, )<br>   )<br>   Defendants. ) | Case No. 2:22-CV-317-RAH-CWB |

## **O R D E R**

On September 13, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 4th day of October, 2022.

                                       /s/ R. Austin Huffaker, Jr.
                                     R. AUSTIN HUFFAKER, JR.
                                     UNITED STATES DISTRICT JUDGE